# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| MARY HUNTER CROOKS HALL, | § | |
| (Plaintiff), | § § § | |
| v. | § § | Civil Action No.: 2:08-cv-0631-WS-B |
| ASTRAZENECA PHARMACEUTICALS, LP; ASTRAZENECA AB; ASTRAZENICA, PLC; ASTRAZENECA UK LIMITED, | § § § § § § | |
| (Defendants). | § | **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

Please take notice that Camille L. Edwards of the law firm of Burke Harvey & Frankowski, LLC, located at 2151 Highland Avenue, Suite 120, Birmingham, Alabama 35205 does hereby withdraw from the above stated case. W. Todd Harvey of the same law firm will continue to represent the Plaintiff in this case.

Dated this the 29th day of October, 2008.

Respectfully submitted,

/s/ Camille L. Edwards
Camille L. Edwards – ASB-5517-A57E
cedwards@bhflegal.com

**Of Counsel:**

W. Todd Harvey, Esq.
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama 35205

(205) 930-9091 – Telephone
(205) 930-9054 – Facsimile
Email: tharvey@bhflegal.com

Christopher T. Kirchmer
State Bar No. 00794099
Provost Umphrey Law Firm, LLP
490 Park Street
Beaumont, Texas 77701
(409) 835-6000 – Telephone
(409) 838-8888 – Facsimile
ckirchmer@provostumphrey.com

Thomas H. McGowan
1 Riverfront Place #605
North Little Rock, Arkansas 72114
(501) 374-3655 – Telephone
(501) 374-4279 – Facsimile