AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| MARY HUNTER CROOKS HALL ) <br> Plaintiff ) <br> v. ) <br> ASTRAZENECA PHARMACEUTICALS, LP, et.al. ) <br> Defendant ) | Civil Action No. 2:08-cv-00631-WS-B |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

AstraZeneca Pharmaceuticals, LP
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

A lawsuit has been filed against you.

      Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Todd Harvey, Esq.
Burke Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                                                                 Server's signature

                                                                                                                 Printed name and title

                                                                                                                 Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| MARY HUNTER CROOKS HALL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:08-cv-00631-WS-B |
| ASTRAZENECA PHARMACEUTICALS, LP, et.al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

AstraZeneca, LP
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Todd Harvey, Esq.
Burke Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____            _____
                                                                            Server's signature

                                                                             _____
                                                                             Printed name and title

                                                                             _____
                                                                                   Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| MARY HUNTER CROOKS HALL </br>Plaintiff </br>v. </br>ASTRAZENECA PHARMACEUTICALS, LP, et.al. </br>Defendant | ) </br>) </br>) Civil Action No. 2:08-cv-00631-WS-B </br>) </br>) </br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

AstraZeneca, AB
SE-151 85
Sodertalje, Sweden

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Todd Harvey, Esq.
Burke Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| MARY HUNTER CROOKS HALL ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:08-cv-00631-WS-B |
| ASTRAZENECA PHARMACEUTICALS, LP, et.al. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

AstraZeneca PLC
15 Stanhope Gate
London, W1K, 1LN
England, United Kingdom

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Todd Harvey, Esq.
Burke Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____     _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                Server's signature

                                                                Printed name and title

                                                                Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| MARY HUNTER CROOKS HALL <br> Plaintiff <br> v. <br> ASTRAZENECA PHARMACEUTICALS, LP, et.al. <br> Defendant | ) <br> ) <br> )  Civil Action No. 2:08-cv-00631-WS-B <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

AstraZeneca UK Limited
15 Stanhope Gate
London, W1K, 1LN
England, United Kingdom

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Todd Harvey, Esq.
Burke Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address