**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

December 17, 2008

Mr. Chuck Diard, Clerk
United States District Court
131 John A. Campbell, U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

08-631

RE:     MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Diard:

        Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

        Please either send your original file below and a certified copy of the docket sheet to this address: **U.S. District Court, Office of the Clerk, 401 West Central Blvd., 120, Orlando, FL, 32801-0120;** or, if the case is completely electronic and all documents can be retrieved from PACER, you can email a cover letter and a certified copy of the docket sheet to me at **Lisa_Maurey@flmd.uscourts.gov** and to Mollie Pleicones at **Mollie_Pleicones@flmd.uscourts.gov.**

        Due to the large volume of cases, we are **not** using the CM/ECF inter-district transfer feature for the transfer of MDL cases. Also because of the large volume of cases, it will be very much appreciated if you can be sure to reference the <u>Middle District of Florida's case number</u> on each of your cases.

        If you have any questions, please contact me at 407-835-4217.

                                        Sincerely,

                                        Lisa A. Maurey, Deputy Clerk

Enclosures

c:      Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | SDAL CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Crooks-Hall. v. AstraZeneca | 2:08-cv-631 | 6:08-cv-2095-Orl-22DAB |

A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Dec 10, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 24, 2008**

FILED
CLERK'S OFFICE

~~FILED~~

~~FEB 12 PM 3:35~~

~~U.S. DISTRICT COURT~~
~~MIDDLE DIST. FLORIDA~~
~~ORLANDO, FLORIDA~~

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

(SEE ATTACHED SCHEDULE)          2:08-cv631-WS-B

**CONDITIONAL TRANSFER ORDER (CTO-76)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 668 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 10, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I ... the foregoing to be a true
and correct copy of the original.

SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
          Deputy Clerk

1182

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

MDL No. 1769

## SCHEDULE CTO-76 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS  2  08-631 - ᴡꜱ-ᴮ | Mary Huter Crooks-Hall v. AstraZeneca Pharmaceuticals, LP, et al. |
| **ARIZONA** | |
| ~~AZ  2  08-2015~~ | ~~Larry Bowdler v. Balbir C. Sharma, M.D., et al.~~   Opposed 12/5/08 |
| **MINNESOTA** | |
| MN  0  08-5955 | Shirley Scholz v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-5956 | Joseph Cinitis v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-5978 | Shonda Jackson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-1663 | Juanis Morrow v. AstraZeneca Pharmaceuticals, LP |
| **NEW JERSEY** | |
| NJ  3  08-1621 | Connie Walker v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5087 | Cindy Bleichner v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5227 | Gary Desjarlais v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5228 | Jeffery Poe v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5230 | Andre Brass v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5231 | Ronald Holt, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OHIO NORTHERN** | |
| OHN  1  08-2585 | Melissa Myers v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN  1  08-2587 | Patricia Martin v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN  5  08-2586 | Shandra Carey v. AstraZeneca Pharmaceuticals, LP, et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  08-5262 | Kevin Stallings v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-5263 | Thomas Nienalt v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-5264 | John Dow v. AstraZeneca Pharmaceuticals, LP, et al. |