| | | | |
|---|---|---|---|
| **Lisa Maurey/FLMD/11/USCOURTS**<br>01/05/2009 08:43 AM | | To | Tina Wood/ALSD/11/USCOURTS@USCOURTS |
| | | cc | |
| | | bcc | |
| | | Subject | Re: MDL 1769 - In Re: Seroquel Products Liability Litigation |

Received!

Have a great day,

Lisa A. Maurey
United States District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801
(407) 835-4217
Tina Wood/ALSD/11/USCOURTS



| | | | |
|---|---|---|---|
| **Tina Wood/ALSD/11/USCOURTS**<br>12/30/2008 12:14 PM | | To | Lisa Maurey/FLMD/11/USCOURTS@USCOURTS, Mollie Pleicones/FLMD/11/USCOURTS@USCOURTS |
| | | cc | |
| | | Subject | MDL 1769 - In Re: Seroquel Products Liability Litigation |

United States District Court
Attn: Lisa Maurey
George C. Young, U.S. Courthouse
401 W. Central Blvd, Suite 1200
Orlando, FL 32801

**Re:**     **Crooks-Hall v. AstraZeneca**
          **SDAL Case No. 2:08-cv-631**
          **MDFL Case No. 6:08-cv-2095-Orl-22DAB**

Dear Lisa,

    In accordance with the Conditional Transfer Order (CTO-76) entered by the Panel and your letter of December 17, 2008, we are transferring the action listed above. Attached is a certified copy of the docket sheet as you requested.

    If you should need to access our system, you may use this link: https://156.130.62.190. The court login to our system is as follows:

        login: court
        password: family

**Please send a reply email acknowledging receipt.**  If we can be of any further assistance, please do not hesitate to contact us.

[attachment "08-631 Docket Sheet.pdf" deleted by Lisa Maurey/FLMD/11/USCOURTS]



Tina Wood
Docket Clerk
USDC, Southern District of Alabama
Tina_Wood@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1109